IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER COTTLE,** : | |
|     Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 24-CV-5160** |
| : | |
| **PENNSYLVANIA DEPARTMENT** : | |
| **OF CORRECTIONS,** *et al.*, : | |
|     Defendants. : | |

**ORDER**

AND NOW, this 3rd day of October, 2025, upon consideration of Defendants' Partial Motion to Dismiss Plaintiff Christopher Cottle's Complaint (ECF No. 26) and Plaintiff Christopher Cottle's Response thereto (ECF No. 31), it is **ORDERED** that:

1. The Motion is **GRANTED IN PART** and **DENIED IN PART** for the reasons stated in the Court's accompanying Memorandum as follows:

    a. The Motion is **DENIED** as to Cottle's ADA claim against the Pennsylvania Department of Corrections and as to Cottle's state law claim of negligence against Defendant Lucas Malishchak only;

    b. The Motion is **GRANTED** as to Cottle's claims for money damages against the Pennsylvania Department of Corrections and Defendants Laurel Harry, John Wetzel, George Little, Michael Wenerowicz, and Lucas Malishchak in their official capacities, and these claims are **DISMISSED WITH PREJUDICE**;

    c. The Motion is **GRANTED** as to Cottle's ADA claims against individually named Defendants Laurel Harry, John Wetzel, George Little, Michael Wenerowicz, and Lucas Malishchak, and these claims are **DISMISSED WITH PREJUDICE**; and

    d.   The Motion is **GRANTED** as to Cottle's state law conspiracy claims against all Defendants and as to his state law claims of negligence against Defendants Laurel Harry, John Wetzel, George Little and Michael Wenerowicz, and these claims are **DISMISSED WITH PREJUDICE**.

2.    Cottle's claims seeking declaratory relief and his state law claims of intentional infliction of emotional distress are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's accompanying Memorandum.

3.    Defendants shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

                      **BY THE COURT:**

                        /s/ Juan R. Sánchez
                      **JUAN R. SÁNCHEZ, J.**